UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN COYLE, *ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED*,<br>Plaintiff,<br><br>v.<br><br>JSL MECHANICAL, INC., STEVEN T. LLOYD, JOSHUA BENTON, and JEFFREY LLOYD,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No.   5:23-cv-02378 |

**O R D E R**

**AND NOW**, this 14th day of September, 2023, upon consideration of Defendants' Motion to Dismiss, ECF No. 9, Plaintiff Coyle's response, ECF No. 14, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendants' Motion, ECF No. 9, is **GRANTED**.

2. Counts IV and V of the Complaint are **DISMISSED without prejudice**.

3. **Within fourteen (14) days of the date of this Order**, Coyle may, consistent with the Court's opinion, file an amended complaint.

4. Coyle is advised that failure to timely amend will result in dismissal of his fraud and UTPCPL claims with prejudice and without further notice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge