UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN COYLE, *et al.*, | : | CIVIL ACTION - LAW |
| Plaintiffs, | : | |
| | : | Civil Action No. 5:23-cv-02378-JFL |
| v. | : | |
| | : | |
| JSL MECHANICAL, INC., *et al.*, | : | |
| Defendants. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Bryan Coyle ("Plaintiff"), having reached a preliminary resolution of his claims under the Fair Labor Standards Act against Defendant JSL Mechanical, Inc. ("Defendant") (collectively with Plaintiff, the "Parties"), hereby moves unopposed before this Honorable Court for an Order approving the Parties' proposed Settlement Agreement.

1

Plaintiff's arguments in support of this Unopposed Motion are explained in the accompanying Memorandum of Law and attached exhibit, which are incorporated herein by reference.

Respectfully submitted,

Date: December 20, 2023     By:____/s/ M. Frances Ryan____
M. Frances Ryan
Validation of Signature Code: MFR1130
Attorney for Plaintiff
Wusinich, Sweeney & Ryan, LLC
102 Pickering Way, Suite 403
Exton, PA 19341
(610) 594-1600
mfrancesryan@wusinichsweeney.com

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN COYLE, *et al.*, | : CIVIL ACTION - LAW |
| Plaintiffs, | : |
| | : Civil Action No. 5:23-cv-02378-JFL |
| v. | : |
| | : |
| JSL MECHANICAL, INC., *et al.*, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on the dated noted below, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Approval of Settlement was served upon the persons indicated below via the Court's electronic filing system, addressed as follows:

Stephen Moniak, Esquire<br>
Appel, Yost & Zee LLP<br>
33 North Duke Street<br>
Lancaster, PA 17602

smoniak@ayzlaw.com

                                      Respectfully submitted,

Date:_____         By:_____
                                 M. Frances Ryan
                                 Validation of Signature Code: MFR1130
                                 Attorney for Plaintiff
                                 Wusinich, Sweeney & Ryan, LLC
                                 102 Pickering Way, Suite 403
                                 Exton, PA 19341
                                 (610) 594-1600
                                 mfrancesryan@wusinichsweeney.com